AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Todd Augenbaum | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-09327 |
| RC Ventures LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Todd Augenbaum.

Date: 11/02/2022

s/ Michael J. Klein
*Attorney's signature*

Michael J. Klein, MK-8187
*Printed name and bar number*

Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
*Address*

mklein@aftlaw.com
*E-mail address*

(212) 279-5050
*Telephone number*

(212) 279-3655
*FAX number*