AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-9327

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BED BATH & BEYOND INC.__
was received by me on *(date)* __11/2/2022__ . __650 Liberty Avenue__
__Union, NJ 07083__

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Angela Leary, Paralegal__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Bed Bath & Beyond Inc.__
on *(date)* __11/2/2022 at 2:40 PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/2/2022__

*Server's signature*

__Anabela Pinto, Process Server__
*Printed name and title*

PO Box 25066
Newark, NJ 07102
800-637-1805

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint

Approximate Description of Recipient: 60 to 65-year-old white female, brown hair, hazel eyes, glasses, 145 pounds, 5'4.