# AFFIDAVIT OF SERVICE

| Case: 22-9327 | Court: UNITED STATES DISTRICT COURT for the Southern District of New York | | Job: 7918990 |
|---|---|---|---|
| **Plaintiff / Petitioner:** TODD AUGENBAUM, | | **Defendant / Respondent:** RC VENTURES LLC; and BED BATH & BEYOND INC. | |
| **Received by:** HR Office Solutions Inc | | **For:** Abraham, Fruchter & Twersky, LLP | |
| **To be served upon:** RC VENTURES LLC, c/o Corporation Service Company | | | |

I, Phillip Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** RC VENTURES LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

**Manner of Service:** Registered Agent, Nov 3, 2022, 3:00 pm EDT Left in the basket

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT

**Additional Comments:**
1) Successful Attempt: Nov 3, 2022, 3:00 pm EDT at 251 Little Falls Drive, Wilmington, DE 19808 received by c/o Corporation Service Company.

_____  11/07/2022
Phillip Johnson                Date

HR Office Solutions Inc
49 Representative Ln
Dover, DE 19904
646-773-3369

Subscribed and sworn to before me by the affiant who is personally known to me.

Deidra Smith
**Notary Public**

11/7/2022
**Date**          **Commission Expires**

[Notary Seal: DEIDRA SMITH, MY COMMISSION EXPIRES June 30 2026, NOTARY PUBLIC STATE OF DELAWARE]