**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>RC VENTURES LLC and BED BATH & BEYOND INC.,<br><br>　　　　Defendants. | Case No. 1:22-cv-9327-PGG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Clifford Thau, who is admitted to practice in this Court, respectfully enters his appearance as counsel for RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: November 23, 2022

VINSON & ELKINS LLP

　_/s/ Clifford Thau_
Clifford Thau
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0012
Facsimile: (212) 237-0100
cthau@velaw.com

*Counsel for RC Ventures LLC*