**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>    Plaintiff,<br><br>        vs.<br><br>RC VENTURES LLC and BED BATH & BEYOND INC.,<br><br>    Defendants. | Case No. 1:22-cv-9327-PGG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marisa Antonelli, who is admitted to practice in this Court, respectfully enters her appearance as counsel for RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon her.

Dated: November 23, 2022

                                            VINSON & ELKINS LLP

                                            */s/ Marisa Antonelli*
                                            Marisa Antonelli
                                            1114 Avenue of Americas, 32nd Floor
                                            New York, NY 10036
                                            Telephone: (212) 237-0151
                                            Facsimile: (212) 237-0100
                                            Email: mantonelli@velaw.com

                                            *Counsel for RC Ventures LLC*