UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>RC VENTURES LLC and BED BATH & BEYOND INC.,<br><br>　　　　Defendants. | Case No. 1:22-cv-9327-PGG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Hoffman, who is admitted to practice in this Court, respectfully enters his appearance as counsel for RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: November 23, 2022

　　　　　　　　　　　　　　　　　　VINSON & ELKINS LLP

　　　　　　　　　　　　　　　　　　 /s/ David Hoffman
　　　　　　　　　　　　　　　　　　David Hoffman
　　　　　　　　　　　　　　　　　　1114 Avenue of Americas, 32nd Floor
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 237-0141
　　　　　　　　　　　　　　　　　　Facsimile: (917) 849-5309
　　　　　　　　　　　　　　　　　　dhoffman@velaw.com

　　　　　　　　　　　　　　　　　　*Counsel for RC Ventures LLC*