# EXHIBIT A

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:92−cv−07502−MBM

| | |
|---|---|
| C.R.A. Realty Corp. v. Enron Corporation, et al | Date Filed: 10/14/1992 |
| Assigned to: Judge Michael B. Mukasey | Date Terminated: 03/02/1994 |
| Demand: $0 | Jury Demand: None |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **C.R.A. Realty Corp.** | represented by | **David Lopez**<br>Law Office of David Lopez<br>171 Edge of Woods Road, PO Box 323<br>Southampton, NY 11968<br>631.287.5520<br>Fax: 631.283.4735<br>Email: DavidLopezEsq@aol.com<br>*LEAD ATTORNEY* |

V.

**Defendant**

| | | |
|---|---|---|
| **Enron Corporation** | represented by | **Gregory Arthur Markel**<br>Cadwalader, Wickersham & Taft LLP (NYC)<br>One World Financial Center<br>New York, NY 10281<br>(212) 504−6112<br>Fax: (212) 504−6666<br>Email: gmarkel@seyfarth.com<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **Goldman, Sachs & Company**<br>*TERMINATED: 01/11/1994* | represented by | **Joel M. Miller**<br>Miller & Wrubel, P.C.<br>570 Lexington Avenue, 25th Floor<br>New York, NY 10022<br>212 336 3501<br>Fax: 212 336 3555<br>Email: jmiller@goulstonstorrs.com<br>*TERMINATED: 01/11/1994*<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/1992 | 1 | COMPLAINT filed; Summons issued and Notice pursuant to 28 U.S.C. 636(c); FILING FEE $ 120.00 RECEIPT # 178650 (la) (Entered: 10/15/1992) |
| 10/14/1992 | 2 | Rule 9 certificate filed by C.R.A. Realty Corp. (la) (Entered: 10/15/1992) |
| 10/14/1992 | 3 | Case information Statement Addendum filed. Purs. to statement, it is suggested that the case be classified as Standard. (la) (Entered: 10/15/1992) |
| 11/10/1992 | 4 | CERTIFICATE OF SERVICE by C.R.A. Realty Corp. of notice of confernce of counsel with the court (jh) (Entered: 11/12/1992) |
| 11/12/1992 | 5 | STIPULATION and ORDER, reset answer due for 12/11/92 for Goldman Sachs & Co. ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 11/12/1992) |

| Date | # | Description |
|---|---|---|
| 11/13/1992 | | Pre−trial conference held by Judge Mukasey (jh) (Entered: 11/19/1992) |
| 11/16/1992 | 6 | STIPULATION and ORDER, reset answer due for 12/11/92 for Enron Corporation ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 11/16/1992) |
| 11/18/1992 | 7 | ORDER, staying discovery pending further order of the court , set pretrial conference for 12/9/92 ( signed by Judge Michael B. Mukasey ); Copies mailed (jh) (Entered: 11/19/1992) |
| 12/11/1992 | 8 | ORDER, set pretrial conference for 9:15 1/21/93, if necessary. , and reset answer due for 1/21/93 for Goldman Sachs & Co., for Enron Corporation ( signed by Judge Michael B. Mukasey ); Copies mailed (jr) (Entered: 12/15/1992) |
| 01/25/1993 | 9 | AMENDED COMPLAINT by C.R.A. Realty Corp. , (Answer due 2/7/93 for Goldman Sachs & Co., for Enron Corporation ) amending [1−1] complaint ; Summons issued. (jh) (Entered: 01/26/1993) |
| 01/27/1993 | 10 | STIPULATION and ORDER, reset answer due for 2/18/93 for Goldman Sachs & Co. ( signed by Judge Michael B. Mukasey ). (jh) (Entered: 01/28/1993) |
| 02/04/1993 | 11 | AMENDED COMPLAINT by C.R.A. Realty Corp. , (Answer due 2/17/93 for Goldman Sachs & Co., for Enron Corporation ) amending [9−1] amended complaint ; Summons issued. (jh) (Entered: 02/04/1993) |
| 02/10/1993 | 12 | SCHEDULING ORDER setting Answer to be filed by 2/26/93 for Goldman Sachs & Co., for Enron Corporation Deadline for filing of all motions 3/12/93 ; Response to motion deadline 4/2/93 ; Reply to response to motion deadline 4/9/93 ; ( signed by Judge Michael B. Mukasey ) ; Copies mailed (jh) (Entered: 02/17/1993) |
| 03/01/1993 | 13 | ANSWER by Goldman Sachs & Co. (Attorney Joel M. Miller) to amended complaint ; by attorney Joel M. Miller for defendant Goldman Sachs & Co. (jh) (Entered: 03/03/1993) |
| 03/02/1993 | 14 | NOTICE of attorney appearance for Enron Corporation by Gregory A. Markel (jh) (Entered: 03/03/1993) |
| 03/02/1993 | 15 | Rule 9 certificate filed by Enron Corporation (jh) (Entered: 03/03/1993) |
| 03/02/1993 | 16 | ANSWER by Enron Corporation (Attorney ) to amended complaint ; Firm of: by attorney Gregory A. Markel for defendant Enron Corporation (jh) (Entered: 03/03/1993) |
| 04/08/1993 | 17 | Filed Memo_Endorsement on letter dated 4/2/93, extending time for pltff's reply brief and opposition to deft's motion for 4/14/94, deft's reply in support shall be served by 4/26/93 ( signed by Judge Michael B. Mukasey ) (jh) (Entered: 04/12/1993) |
| 04/26/1993 | 18 | NOTICE OF MOTION by Goldman Sachs & Co. for summary judgment dismissing the Second Amended Complt in this action , to serve opposition papers so as to be received by the defendant no later than 4/9/93. , Return date 4/12/93 (sc) (Entered: 04/26/1993) |
| 04/26/1993 | 19 | Rule 3(g) statement filed by Goldman Sachs & Co. (sc) (Entered: 04/26/1993) |
| 04/26/1993 | 20 | MEMORANDUM by Goldman Sachs & Co. in support of [18−1] motion for summary judgment dismissing the Second Amended Complt in this action (sc) (Entered: 04/26/1993) |
| 04/26/1993 | 21 | NOTICE OF MOTION by C.R.A. Realty Corp. for partial summary judgment , Return date 4/26/93 (jh) (Entered: 04/27/1993) |
| 04/26/1993 | 22 | MEMORANDUM by C.R.A. Realty Corp. in support of [21−1] motion for partial summary judgment (jh) (Entered: 04/27/1993) |
| 04/26/1993 | 23 | MEMORANDUM by Goldman Sachs & Co. in opposition to [21−1] motion for partial summary judgment (jh) (Entered: 04/27/1993) |
| 04/26/1993 | 24 | REPLY MEMORANDUM by C.R.A. Realty Corp. in support of [21−1] motion for partial summary judgment (jh) (Entered: 04/27/1993) |

| | | |
|---|---|---|
| 04/26/1993 | 25 | MEMORANDUM by Enron Corporation in opposition to [21–1] motion for partial summary judgment (jh) (Entered: 04/27/1993) |
| 04/26/1993 | 26 | Rule 3(g) statement filed by C.R.A. Realty Corp. (jh) (Entered: 04/27/1993) |
| 01/11/1994 | 27 | MEMORANDUM OPINION # 72613 granting [18–1] motion for summary judgment dismissing the Second Amended Complt in this action ( Signed by Judge Michael B. Mukasey ); Copies mailed. (emil) (Entered: 01/11/1994) |
| 02/28/1994 | 28 | ORDER, dismissing the complaint against deft Enron Corporation is dismissed without costs on consent and the clerk of the Court is directed to enter judgment in the above−captioned case ( signed by Judge Michael B. Mukasey ) Copies mailed (tr) Modified on 03/02/1994 (Entered: 02/28/1994) |
| 03/02/1994 | 29 | JUDGMENT for C.R.A. Realty Corp. against Enron Corporation. The deft Goldman Sachs & Co.'s motion for summary judgment be and it is hereby granted. The complaint be and it is hereby dismissed as against deft Goldman Sachs & Co. The complaint is dismissed as against deft Enron Corp. without costs on consent. (Parkison, J., Clerk); Mailed copies and notice of right to appeal. (tr) (Entered: 03/03/1994) |
| 03/02/1994 | | Case closed (tr) (Entered: 03/03/1994) |