UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RC VENTURES LLC and BED BATH & BEYOND INC.,<br><br>　　　　　　　　　Defendants, | Case No. 1:22-cv-9327-PGG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Victor L. Hou of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice in this Court, hereby enters an appearance in the above-captioned action as counsel for Defendant Bed Bath & Beyond Inc. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated:　　December 8, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　　　_/s/ Victor L. Hou_____
　　　　　　　　　　　　　　　　　　　　Victor L. Hou
　　　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 225-2609
　　　　　　　　　　　　　　　　　　　　Email: vhou@cgsh.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Bed Bath & Beyond Inc.*