UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>              Plaintiff,<br><br>  -against-<br><br>RC VENTURES LLC and BED BATH &<br>BEYOND INC.,<br><br>              Defendants. | Case No. 1:22-cv-9327-PGG |

### FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bed Bath & Beyond Inc. ("Defendant"), by its undersigned counsel, states that it is a publicly held corporation. As of September 30, 2022, the most recent date that information is available, no publicly held corporation owns more than 10% of the shares of Defendant.

Dated: New York, New York
           December 8, 2022

                                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                                     _/s/ Victor L. Hou_
                                                     Victor L. Hou
                                                     Jared Gerber
                                                     One Liberty Plaza
                                                     New York, New York 10006
                                                     T: 212-225-2000
                                                     F: 212-225-3999

                                                     _Attorneys for Defendant Bed Bath & Beyond Inc._