UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>                    Plaintiff,<br><br>          v.<br><br>RC VENTURES LLC and BED BATH & BEYOND INC.,<br><br>                    Defendants, | Case No. 1:22-cv-9327-PGG |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jared Gerber of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice in this Court, hereby enters an appearance in the above-captioned action as counsel for Defendant Bed Bath & Beyond Inc. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated:     December 8, 2022
           New York, New York

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        _____
                                        Jared Gerber
                                        One Liberty Plaza
                                        New York, NY 10006
                                        Telephone: (212) 225-2507
                                        Email: jgerber@cgsh.com

                                        *Counsel for Defendant Bed Bath & Beyond Inc.*