# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST |
|---|---|---|
| NEW YORK | BEIJING | ABU DHABI   LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS   MILAN |
| SÃO PAULO | SEOUL | COLOGNE   PARIS |
| SILICON VALLEY | | FRANKFURT   ROME |
| WASHINGTON, D.C. | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY M. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH J ANTKRON
MAURICE R. GINDI
KATHERINE R. REAVES

RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
    RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ G. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
    RESIDENT COUNSEL

D: +1 212 225 2507
jgerber@cgsh.com

December 8, 2022

BY ECF

The Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
40 Foley Square, Room 2204
New York, New York  10007

Re:  Augenbaum v. RC Ventures LLC, et al., No. 22 Civ. 9327

Dear Judge Gardephe:

Pursuant to Rule IV.A of your Honor's Individual Rules of Practice for Civil Cases, defendant Bed Bath & Beyond Inc. ("BBBY") respectfully submits this letter to join in defendant RC Ventures LLC's ("RC Ventures") request for leave to file a motion to dismiss the complaint filed by Plaintiff in the above-captioned action under Fed. R. Civ. P. 12(b)(6).[1]  To avoid burdening the Court with duplicative arguments, BBBY hereby adopts the arguments contained in the pre-motion letters submitted by RC Ventures on November 23, 2022 and December 2, 2022.  See ECF Nos. 12, 14.  For the reasons set forth in those letters, the complaint fails to state a claim, any motion for summary judgment would be premature, and the discovery stay under the PSLRA should remain in place.

BBBY therefore respectfully requests that the Court permit the filing of motions to dismiss the complaint.

Sincerely,

Jared Gerber

---

[1] Although BBBY is identified as a "defendant" in the complaint, Plaintiff does not assert any claims against BBBY or seek any relief from BBBY.  Compl. at 1, 9-10.  Instead, the complaint only states that BBBY is purportedly "a necessary party because Plaintiff is bringing this action to obtain a recovery for [its] benefit."  Compl. ¶ 4.