# EXHIBIT A

| | |
|---|---|
| **From:** | Jeffrey S. Abraham |
| **Sent:** | Tuesday, December 6, 2022 10:04 AM |
| **To:** | Lee Squitieri |
| **Cc:** | Michael Klein |
| **Subject:** | Bed Bath & Beyond |

Dear Lee,

Please let me know whether you're willing to fold in behind me in this case. If you do, I will treat you fairly with respect to work assignments and the division of any attorneys' fees in the case.

I hope all is well.

Sincerely yours,
Jeff Abraham

Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
tel:  212.279.5050
fax: 212.279.3655



NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.