# EXHIBIT B

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ANDREW E. ROTH,                     :

                Plaintiff,          :    16 Civ. 6182 (LTS)(HBP)

     -against-                      :    ORDER

SCOPIA CAPITAL MANAGEMENT LP,       :
et al.,
                                    :
                Defendants.
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/18

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on July 30, 2018 at which plaintiff's application for a protective order was discussed, for the reasons stated on he record in open court, it is hereby ORDERED that:

    1. Plaintiff's application for a protective order is granted n part and denied in part. Defendants may depose plaintiff on a mutually agreeable date. Defendants' questioning of plaintiff shall, however, be limited to the subject of plaintiff's ownership of

stock in Spirit at all relevant times.  Defendants are

not to pose questions beyond that subject.

Dated: New York, New York
       July 31, 2018

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

All Counsel

2