# EXHIBIT C

**From:** Jeffrey S. Abraham
**Sent:** Monday, November 14, 2022 3:47 PM
**To:** Lee Squitieri
**Subject:** RE: Bed bath Beyonce

Lee,

There is settled law in the Second Circuit which is important to the successful prosecution of the action.  Only an incompetent or at best quasi-competent  lawyer would file in New Jersey especially f the action is already duplicative of a previously filed action.

By the way, are you ever going to pay Brad DeLuuw the money you owe him from SmileDirect?

Jeff

**From:** Lee Squitieri <lee@sfclasslaw.com>
**Sent:** Monday, November 14, 2022 3:30 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Subject:** RE: Bed bath Beyonce

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Yes planning to file
Jersey is where company is HQ

You gave defts a pretty easy venue motion to make to slow down your case and potentially move it to DC where the class case is pending

Dismiss and come to jersey – its not a  big deal

Your pltf is very very busy anyway w/ a dozen other cases

**From:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Sent:** Monday, November 14, 2022 2:56 PM
**To:** Lee Squitieri <lee@sfclasslaw.com>
**Subject:** RE: Bed bath Beyonce

Are you planning on filing a Section 16(b) complaint?  If so, why would you file in NJ when there is already a case pending in NY?

**From:** Lee Squitieri <lee@sfclasslaw.com>
**Sent:** Monday, November 14, 2022 2:04 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Subject:** Bed bath Beyonce

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

We are ready to file n NJ where company is located
Want to work together?


Let me know.

lee

Ohh#Vtxlwhu#
Vtxlwhu#)#Ihdurq/OOS#
638#Eurdgzd|#
:wk#Ic#
Q\Q\#4333:#
Glhfw#Gldo#
Hpdlo#hhC vifolvvolz1frp #
Ilp #5451754197<5#