# EXHIBIT H



# New York State Unified Court System

Skip To: Content | Navigation

## Attorney Online Services - Search

Close

### Attorney Detail Report *as of 12/14/2022*

| | |
|---|---|
| **Registration Number:** | 1833649 |
| **Name:** | TODD H. AUGENBAUM |
| **Business Name:** | |
| **Business Address:** | 13687 71ST RD<br>FLUSHING, NY 11367-1942<br>(Queens County) |
| **Business Phone:** | (917) 696-5190 |
| **Email:** | |
| **Date Admitted:** | 01/19/1983 |
| **Appellate Division Department of Admission:** | 2nd |
| **Law School:** | BENJAMIN N. CARDOZO SCHOOL OF LAW |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Jun 2023 |

### Disciplinary History

*No record of public discipline*

 The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

 **Attorney Services**
Close