UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-9327-PGG |

**RULE 7.1 DISCLOSURE STATEMENT OF RC VENTURES LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant RC Ventures LLC ("*RC Ventures*"), states that RC Ventures does not have a publicly held parent corporation and there is no publicly held corporation which holds a 10% or more ownership interest in RC Ventures.

Dated: January 26, 2023

                                              VINSON & ELKINS LLP

By:   */s/ Clifford Thau*
       Clifford Thau
       Marisa Antonelli
       David Hoffman
       1114 Avenue of Americas, 32nd Floor
       New York, NY 10036
       Telephone: (212) 237-0000
       Facsimile: (212) 237-0100
       cthau@velaw.com
       mantonelli@velaw.com
       dhoffman@velaw.com

*Counsel for RC Ventures LLC*