# EXHIBIT A



Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel: 212.421.6492
Fax: 212.421.6553

**Olimpio Lee Squitieri**
lee@sfclasslaw.com

September 9, 2022

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Board of Directors of Bed Bath & Beyond, Inc.
650 Liberty Avenue
Union, New Jersey 07083

  Re: Potential Section 16(b) Claim For Short Swing
     Profits Under The Securities Exchange Act of 1934

Dear Board Members:

  The undersigned represent Judy Cohen, a stockholder of Bed Bath Beyond, Inc. ("BBB"). We are herewith making a formal request upon BBB pursuant to Section 16(b) of the Securities Exchange Act of 1934 to investigate and institute a suit to recover all short swing profits realized by the persons/group described below.

  On January 13, 2022 RC Ventures, LLC and Ryan Cohen ("Beneficial Owners") began to accumulate BBB securities and appear to have passed the 10% beneficial owner threshold with their purchase on March 1, 2022 of 5000 BBB options. *See* 17 C.F.R. 240 §13d-3(a). Thereafter, Beneficial Owners were represented on BBB's board by "designated directors."

  After becoming 10% beneficial owners, the Beneficial Owners continued to acquire BBB securities, including 6701 Call Options (American Style) and 779,546 shares of common stock.

  On or about August 16, 2022 but in any event within six months of Beneficial Owners' acquisition of BBB securities, Beneficial Owners sold a matching position for more than the purchase price (which appears to be an average price of $15.35 approximately). The excess of the sales proceeds over the purchase price constitutes short swing profits under Rule 16(b).

  We therefore hereby make request under Rule 16 and other applicable law for BBB to seek disgorgement of any and all short swing profits realized by Beneficial Owners.

The Board of Directors of Bed Bath & Beyond, Inc.
September 9, 2022
Page 2

      We would appreciate your advice in timely manner of the Board's decision and action with respect to the issues raised herein.

      Very truly yours,

      SQUITIERI & FEARON, LLP

      Lee Squitieri

      GARDY & NOTIS, LLP

      *s/Mark C. Gardy*

      Mark C. Gardy

LS/MCG:mm