**From:** Gerber, Jared <jgerber@cgsh.com>
**Sent:** Tuesday, February 14, 2023 2:52 PM
**To:** Antonelli, Marisa <mantonelli@velaw.com>; Lee Squitieri <lee@sfclasslaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Thau, Clifford <cthau@velaw.com>; Hoffman, David <dhoffman@velaw.com>
**Subject:** RE: In re Bed Bath & Beyond Inc. Section 16(b) Litigation, No. 22 Civ. 9327

Bed Bath consents.

---

**Jared Gerber**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jdefonte@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2507 | M: +1 917 923 2241
jgerber@cgsh.com  | clearygottlieb.com
Pronouns: he/him/his