**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-9327-PGG |

### NOTICE OF MOTION TO WITHDRAW APPEARANCE OF DAVID A. HOFFMAN

**PLEASE TAKE NOTICE** that upon the accompanying declaration of David A. Hoffman, and under Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Defendants RC Ventures LLC and Ryan Cohen hereby move to withdraw the appearance of David A. Hoffman in the above captioned case. No other attorney is withdrawing his or her appearance by this notice. Vinson & Elkins LLP remains counsel to RC Ventures LLC and Ryan Cohen. Defendants further request, under Section 2.5 of the Electronic Case Filing (ECF) Rules and Instructions, that the email dhoffman@velaw.com be removed from the ECF service notifications for this case.

Dated: New York, New York
February 16, 2023

                                                VINSON & ELKINS LLP

                                                */s/ David A. Hoffman*
                                                David A. Hoffman
                                                1114 Avenue of Americas, 32nd Floor
                                                New York, NY 10036
                                                Telephone: (212) 237-0141
                                                Facsimile: (212) 237-0100
                                                dhoffman@velaw.com

                                                *Counsel for RC Ventures LLC and Ryan Cohen*