**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-9327-PGG |

**DECLARATION OF DAVID A. HOFFMAN IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, David A. Hoffman, hereby declare as follows:

1. I am admitted to practice in this Court. On November 23, 2022, I filed a Notice of Appearance (ECF Doc. No. 11) on behalf of Defendant RC Ventures LLC in the above-captioned case.

2. On December 1, 2022, I filed a Notice of Appearance (ECF Doc. No. 15) in the related case (22 Civ. 9733) on behalf of Defendants RC Ventures LLC and Ryan Cohen.

2. February 17, 2023 is my last day as a Senior Associate with Vinson & Elkins LLP.

3. Defendants RC Ventures LLC and Ryan Cohen shall continue to be represented by the remaining counsel of record from Vinson & Elkins LLP.

4. For the reasons set forth herein, and under Local Civil Rule 1.4, I respectfully request the Court withdraw my appearance as counsel for Defendants RC Ventures LLC and Ryan Cohen.

Dated:  February 16, 2023

                                        Vinson & Elkins LLP

                                        */s/ David A. Hoffman*
David A. Hoffman
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
*Email:* dhoffman@velaw.com

*Counsel for Defendants RC Ventures LLC and Ryan Cohen*