**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-9327-PGG |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

The motion of David A. Hoffman to withdraw his appearance as counsel for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action is **GRANTED**.

Counsel has declared that February 17, 2023 is his last day as a Senior Associate with Vinson & Elkins LLP and he will no longer have any involvement in this matter.

**IT IS ORDERED** that David A. Hoffman is withdrawn as counsel of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action in the United States District Court for the Southern District of New York. Defendants RC Ventures LLC and Ryan Cohen shall continue to be represented by the remaining counsel of record from Vinson & Elkins LLP.

Dated: February  21 , 2023.

_____
**Honorable Paul G. Gardephe**
**U.S.D.J.**