# EXHIBIT 9

# BBBY Advanced Charting

