# EXHIBIT 10

DEF 14A 1 ny20003214x1_def14a.htm DEF 14A

**TABLE OF CONTENTS**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934 (Amendment No.    )

☑  Filed by the Registrant       ☐  Filed by a Party other than the Registrant

CHECK THE APPROPRIATE BOX:

| | |
|---|---|
| ☐ | Preliminary Proxy Statement |
| ☐ | Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2)) |
| ☑ | Definitive Proxy Statement |
| ☐ | Definitive Additional Materials |
| ☐ | Soliciting Material Under Rule 14a-12 |



**Bed Bath & Beyond Inc.**

(Name of Registrant as Specified In Its Charter)
(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

PAYMENT OF FILING FEE (CHECK ALL BOXES THAT APPLY):

| | |
|---|---|
| ☑ | No fee required. |
| ☐ | Fee paid previously with preliminary materials. |
| ☐ | Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11. |

# voting roadmap

**PROPOSAL 1**

## election of directors

 The Board recommends a vote **FOR** each director nominee

 See **page 8**

## our director nominees at-a-glance

| Name, Age and Primary Occupation | Independent | # of other Current Public Company Directorships | Director Since | Committees | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | A | P | N |
| **Harriet Edelman, 66 (Chair)** <br> Vice Chair, Emigrant Bank | ✓ | 2 | 2019 | | | |
| **Mark J. Tritton, 58** <br> President and Chief Executive Officer, Bed Bath & Beyond Inc. | | 1 | 2019 | | | |
| **Marjorie Bowen, 57** <br> Private investor and public company director | ✓ | 1 | 2022 | | | |
| **Sue E. Gove, 63** <br> President, Excelsior Advisors, LLC | ✓ | 2 | 2019 | ✓● | | ✓ |
| **Jeffrey A. Kirwan, 55** <br> Chairman, Maurices Inc. | ✓ | 0 | 2019 | | ✓ | |
| **Shelly Lombard, 62** <br> Private investor, independent consultant and public company director | ✓ | 1 | 2022 | | | |
| **Benjamin Rosenzweig, 37** <br> Partner, Privet Fund Management LLC | ✓ | 2 | 2022 | | | |
| **Joshua E. Schechter, 49** <br> Private investor and public company director | ✓ | 2 | 2019 | ✓● | | |
| **Minesh Shah, 48** <br> Chief Operations Officer, Stitch Fix, Inc. | ✓ | 0 | 2022 | | | |
| **Andrea M. Weiss, 67** <br> Founding Partner, The O Alliance, LLC; Chief Executive Officer and Founder, Retail Consulting Inc. | ✓ | 3 | 2019 | ✓● | | |
| **Ann Yerger, 60** <br> Advisor, Spencer Stuart North America Board Practice | ✓ | 0 | 2019 | | ✓ | ✓ |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A | Audit Committee | P | People, Culture and Compensation Committee | N | Nominating and Corporate Governance Committee | ● | Committee Chair |
| | | | | | | ● | Audit Committee Financial Expert |

2022 proxy statement    5