# Vinson&Elkins

Clifford Thau  cthau@velaw.com
**Tel** +1.212.237.0012  **Fax** +1.917.849.5321

April 7, 2023

**Via ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   In re Bed Bath & Beyond Inc. Section 16(b) Litigation
       Case No. 1:22-cv-09327-PGG

Dear Judge Gardephe:

In accordance with Individual Rule IV.D, defendants RC Ventures LLC and Ryan Cohen respectfully request that the Court grant oral argument on their omnibus motion to dismiss the complaints of Plaintiffs Todd Augenbaum and Judith Cohen. *See* Mot. to Dismiss, *In re Bed Bath & Beyond Inc. Section 16(b) Litigation,* No. 22 Civ. 9327 (S.D.N.Y. Apr. 7, 2023), ECF No. 41.

                                                              Respectfully submitted,

                                                              */s/ Clifford Thau*

                                                              Clifford Thau
                                                              VINSON & ELKINS LLP
                                                              1114 Avenue of Americas
                                                              New York, NY 10036
                                                              Telephone: (212) 237-0000
                                                              Facsimile: (212) 237-0100
                                                              Email: ctau@velaw.com

                                                              *Attorneys for RC Ventures LLC and Ryan Cohen*

**Vinson & Elkins LLP  Attorneys at Law**               The Grace Building, 1114 Avenue of the Americas, 32nd Floor
Austin  Dallas  Dubai  Houston  London  Los Angeles     New York, NY 10036-7708
New York  Richmond  San Francisco  Tokyo  Washington    **Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com