# EXHIBIT A

# Bed Bath & Beyond Inc. (BBBY)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

**0.7861** -0.0140 (-1.75%)
At close: 04:00PM EDT

**0.7900** +0.00 (+0.50%)
After hours: 04:23PM EDT

Summary | Company Insights | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

Time Period: Mar 23, 2022 - Mar 23, 2023    Show: Historical Prices    Frequency: Daily    Apply

Currency in USD    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 31, 2022 | 8.8100 | 9.9700 | 8.7600 | 9.5300 | 9.5300 | 81,008,400 |
| Aug 30, 2022 | 14.4800 | 15.1500 | 11.5200 | 12.1100 | 12.1100 | 108,053,800 |
| Aug 29, 2022 | 11.4900 | 14.8800 | 10.8200 | 13.3500 | 13.3500 | 138,793,700 |
| Aug 26, 2022 | 10.5500 | 11.4200 | 10.1000 | 10.7000 | 10.7000 | 57,215,400 |
| Aug 25, 2022 | 10.1600 | 10.3400 | 9.4100 | 10.1000 | 10.1000 | 35,282,900 |
| Aug 24, 2022 | 11.0700 | 11.9700 | 9.7300 | 10.3600 | 10.3600 | 116,214,600 |
| Aug 23, 2022 | 9.6300 | 9.8200 | 8.4500 | 8.7800 | 8.7800 | 39,608,100 |
| Aug 22, 2022 | 9.6000 | 11.5100 | 9.1700 | 9.2400 | 9.2400 | 77,313,800 |
| Aug 19, 2022 | 11.5500 | 12.5500 | 10.2600 | 11.0300 | 11.0300 | 136,514,200 |
| Aug 18, 2022 | 19.0600 | 20.8100 | 16.1600 | 18.5500 | 18.5500 | 174,914,300 |
| Aug 17, 2022 | 26.9400 | 30.0000 | 22.5000 | 23.0800 | 23.0800 | 261,697,600 |

*Close price adjusted for splits.  **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

## People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| AMC — AMC Entertainment Holdings, Inc. | 4.4700 | +0.1300 | +3.00% |
| GME — GameStop Corp. | 22.58 | -1.29 | -5.40% |
| BB — BlackBerry Limited | 3.8300 | +0.1600 | +4.36% |
| HOOD — Robinhood Markets, Inc. | 8.57 | -0.36 | -4.03% |
| M — Macy's, Inc. | 17.19 | -0.81 | -4.50% |

## Similar to BBBY

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| GME — GameStop Corp. | 22.58 | -1.29 | -5.40% |
| WOOF — Petco Health and Wellness Company, Inc. | 8.10 | -0.29 | -3.46% |
| CHPT — ChargePoint Holdings, Inc. | 10.06 | +0.22 | +2.24% |
| BBY — Best Buy Co., Inc. | 74.59 | -1.35 | -1.78% |
| ASO — Academy Sports and Outdoors, Inc. | 63.97 | +0.34 | +0.53% |

Data Disclaimer    Help    Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads    Sitemap
© 2023 Yahoo. All rights reserved.