# EXHIBIT D

investor overview  investor relations  news releases   events & presentations   corporate governance   stock information 

financial information

# board of directors

### Harriet Edelman
Independent Chair

### Sue E. Gove
President of Excelsior Advisors, LLC

### Carol Flaton
Independent Director

### Jeffrey Kirwan
Former Global President and Chief Executive Officer, Gap, a division of The Gap, Inc.

### Shelly Lombard
Independent Director

### Joshua Schechter
Private Investor and Public Company Director

### Minesh Shah
Chief Operations Officer, Stitch Fix, Inc.

### Andrea Weiss
Founding Partner, The O Alliance, LLC and Chief Executive Officer and Founder, Retail Consulting Inc.

### Ann Yerger
Advisor, Spencer Stuart North America Board Practice