Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel:  212.421.6492
Fax: 212.421.6553



**Olimpio Lee Squitieri**
lee@sfclasslaw.com

April 10, 2023

<u>**VIA ECF**</u>

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

   Re: *In re Bed Bath and Beyond Inc. Section 16(b) Litigation*
     No. 22 Civ. 09327 (PGG)

Dear Judge Gardephe:

  In accordance with Individual Rule IV.D, Plaintiff Judith Cohen does not oppose Defendants RC Ventures LLC and Ryan Cohen request for oral argument on their omnibus motion to dismiss the complaints of Plaintiffs Todd Augenbaum and Judith Cohen. *See* Mot. To Dismiss, *In re Bed Bath & Beyond Inc. Section 16(b) Litigation*, No. 22 Civ. 9327 (S.D.N.Y. Apr. 7, 2023), ECF No. 41.

             Respectfully,

             Lee Squitieri
             SQUITIERI & FEARON, LLP

             *Attorneys for Judith Cohen*

LS:mm

cc: All counsel of record via ECF