UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-09327-PGG |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Yating Wang of Wollmuth Maher & Deutsch LLP hereby appears on behalf of Defendants RC Ventures LLC and Ryan Cohen in the above-captioned case.

I certify that I am admitted to practice in the United States District Court for the Southern District of New York. Defendants RC Ventures LLC and Ryan Cohen respectfully request that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned via the CM/ECF service list in this case.

Dated: October 6, 2023
       New York, New York

**WOLLMUTH MAHER & DEUTSCH LLP**

By: */s/ Yating Wang*
    Yating Wang
    Wollmuth Maher & Deutsch LLP
    500 Fifth Avenue 12th Floor
    New York, New York 10110
    Phone: (212) 382-3300
    Fax: (212) 382-0050
    ywang@wmd-law.com

*Counsel for RC Ventures LLC and Ryan Cohen*

2

## CERTIFICATE OF SERVICE

I, Yating Wang, certify that on October 6, 2023, I have caused the foregoing Notice of Appearance to be filed with the Clerk of the Court via the ECF system and on all parties pursuant to Federal Rule of Civil Procedure 5.

/s/     Yating Wang