UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | 22 Civ. 9327 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendants are directed to file an amended motion to dismiss, pursuant to both Rule 12(b)(1) and Rule 12(b)(6). (See Dkt. Nos. 58-60) The following schedule will apply to the motion:

1. Defendants' motion papers are due on **November 8, 2023**;

2. Plaintiffs' opposition papers are due on **November 22, 2023**; and

3. Defendants' replies, if any, are due on **December 1, 2023**.

The parties are granted page-limit extensions of up to five pages for opening and opposition papers, and up to three pages for reply papers.

Discovery will continue to be stayed pending resolution of the motion to dismiss.

The Clerk of Court is directed to terminate Defendants' pending Rule 12(b)(6) motion to dismiss (Dkt. No. 41) as moot.

Dated: New York, New York
October 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge