# EXHIBIT 11

# BBBY Advanced Charting

