# EXHIBIT 12

DEF 14A 1 ny20003214x1_def14a.htm DEF 14A

**TABLE OF CONTENTS**

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934 (Amendment No.     )

| ☑ Filed by the Registrant | ☐ Filed by a Party other than the Registrant |
|---|---|

CHECK THE APPROPRIATE BOX:

☐   Preliminary Proxy Statement

☐   Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☑   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material Under Rule 14a-12



**Bed Bath & Beyond Inc.**

(Name of Registrant as Specified In Its Charter)
(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

PAYMENT OF FILING FEE (CHECK ALL BOXES THAT APPLY):

☑   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

**TABLE OF CONTENTS**

# voting roadmap

**PROPOSAL 1**

## election of directors

 The Board recommends a vote **FOR** each director nominee

→ See **page 8**

## our director nominees at-a-glance

| Name, Age and Primary Occupation | Independent | # of other Current Public Company Directorships | Director Since | Committees A | P | N |
|---|---|---|---|---|---|---|
| **Harriet Edelman, 66 (Chair)** <br> Vice Chair, Emigrant Bank | ✓ | 2 | 2019 | | | |
| **Mark J. Tritton, 58** <br> President and Chief Executive Officer, Bed Bath & Beyond Inc. | | 1 | 2019 | | | |
| **Marjorie Bowen, 57** <br> Private investor and public company director | ✓ | 1 | 2022 | | | |
| **Sue E. Gove, 63** <br> President, Excelsior Advisors, LLC | ✓ | 2 | 2019 | ✓● | | ✓ |
| **Jeffrey A. Kirwan, 55** <br> Chairman, Maurices Inc. | ✓ | 0 | 2019 | | ✓ | |
| **Shelly Lombard, 62** <br> Private investor, independent consultant and public company director | ✓ | 1 | 2022 | | | |
| **Benjamin Rosenzweig, 37** <br> Partner, Privet Fund Management LLC | ✓ | 2 | 2022 | | | |
| **Joshua E. Schechter, 49** <br> Private investor and public company director | ✓ | 2 | 2019 | ●● | | |
| **Minesh Shah, 48** <br> Chief Operations Officer, Stitch Fix, Inc. | ✓ | 0 | 2022 | | | |
| **Andrea M. Weiss, 67** <br> Founding Partner, The O Alliance, LLC; Chief Executive Officer and Founder, Retail Consulting Inc. | ✓ | 3 | 2019 | ✓● | | |
| **Ann Yerger, 60** <br> Advisor, Spencer Stuart North America Board Practice | ✓ | 0 | 2019 | | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| **A** | Audit Committee | **P** | People, Culture and Compensation Committee | **N** | Nominating and Corporate Governance Committee |
| ● | Committee Chair | | | ● | Audit Committee Financial Expert |

**2022 proxy statement**     **5**