**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-09327 (DEH) |

## STIPULATION AND [PROPOSED] ORDER
## OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4 that the law firm Wollmuth Maher & Deutsch LLP has been substituted in place of the law firm Vinson & Elkins LLP – who is current counsel of record – as counsel of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action. Vinson & Elkins LLP and its attorneys Clifford L. Thau and Marisa Antonelli are hereby withdrawn as counsel of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearings, and other filings in this action should continue to be served upon the following counsel:

David H. Wollmuth
Joshua M. Slocum
Maxwell G. Dillan
Yating Wang
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300

Dated: November 9, 2023

Respectfully submitted,

VINSON & ELKINS LLP
1114 Avenue of Americas
New York, New York 10036
Tel.: (212) 237-0000

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Tel.: (212) 382-3300

By: */s/ Marisa F. Antonelli*
Clifford L. Thau
Marisa F. Antonelli

*Outgoing Counsel for Defendants RC Ventures LLC and Ryan Cohen*

By: */s/ Joshua M. Slocum*
David H. Wollmuth
Joshua M. Slocum
Maxwell G. Dillan
Yating Wang

*Counsel for Defendants RC Ventures LLC and Ryan Cohen*

ABRAHAM, FRUCHTER & TWERSKY, LLP
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel.: (212) 279-5050

SQUITIERI & FEARON, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel.: (212) 421-6492

By: */s/ Jeffrey S. Abraham*
Michael J. Klein
Jeffrey S. Abraham

*Counsel for Plaintiff Todd Augenbaum*

By: */s/ Olimpio Lee Squitieri*
Olimpio Lee Squitieri

*Counsel for Plaintiff Judith Cohen*

**CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Defendants RC Ventures LLC and Ryan Cohen hereby consent and agree that WOLLMUTH MAHER & DEUTSCH LLP is substituted in place of the law firm VINSON & ELKINS LLP – who is current counsel of record – and that Clifford L. Thau and Marisa Antonelli of the law firm VINSON & ELKINS LLP hereby withdraw as counsel in the above-captioned action.

Dated: New York, New York
        November 9, 2023


RC VENTURES LLC,


By: _____
    Ryan Cohen


RYAN COHEN,


By: _____
    Ryan Cohen


SO ORDERED:


Dated: