UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-09327 (DEH) |

## STIPULATION AND ORDER
## OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4 that the law firm Wollmuth Maher & Deutsch LLP has been substituted in place of the law firm Vinson & Elkins LLP – who is current counsel of record – as counsel of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action. Vinson & Elkins LLP and its attorneys Clifford L. Thau and Marisa Antonelli are hereby withdrawn as counsel of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action.

    PLEASE TAKE NOTICE that all pleadings, notices of hearings, and other filings in this action should continue to be served upon the following counsel:

    David H. Wollmuth
    Joshua M. Slocum
    Maxwell G. Dillan
    Yating Wang
    WOLLMUTH MAHER & DEUTSCH LLP
    500 Fifth Avenue
    New York, New York 10110
    Tel.: (212) 382-3300

Dated: November 9, 2023

                                                          Respectfully submitted,

| | |
|---|---|
| VINSON & ELKINS LLP<br>1114 Avenue of Americas<br>New York, New York 10036<br>Tel.: (212) 237-0000 | WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Tel.: (212) 382-3300 |
| By: /s/ *Marisa F. Antonelli*<br>Clifford L. Thau<br>Marisa F. Antonelli<br><br>*Outgoing Counsel for Defendants RC Ventures LLC and Ryan Cohen* | By: /s/ *Joshua M. Slocum*<br>David H. Wollmuth<br>Joshua M. Slocum<br>Maxwell G. Dillan<br>Yating Wang<br><br>*Counsel for Defendants RC Ventures LLC and Ryan Cohen* |
| ABRAHAM, FRUCHTER & TWERSKY, LLP<br>450 Seventh Avenue, 38th Floor<br>New York, New York 10123<br>Tel.: (212) 279-5050 | SQUITIERI & FEARON, LLP<br>305 Broadway, 7th Floor<br>New York, New York 10007<br>Tel.: (212) 421-6492 |
| By: /s/ *Jeffrey S. Abraham*<br>Michael J. Klein<br>Jeffrey S. Abraham<br><br>*Counsel for Plaintiff Todd Augenbaum* | By: /s/ *Olimpio Lee Squitieri*<br>Olimpio Lee Squitieri<br><br>*Counsel for Plaintiff Judith Cohen* |

**CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Defendants RC Ventures LLC and Ryan Cohen hereby consent and agree that WOLLMUTH MAHER & DEUTSCH LLP is substituted in place of the law firm VINSON & ELKINS LLP – who is current counsel of record – and that Clifford L. Thau and Marisa Antonelli of the law firm VINSON & ELKINS LLP hereby withdraw as counsel in the above-captioned action.

Dated: New York, New York
November 9, 2023

RC VENTURES LLC,

By: /s/ Ryan Cohen
Ryan Cohen

RYAN COHEN,

By: /s/ Ryan Cohen
Ryan Cohen

SO ORDERED: /s/ Dale E. Ho
Dale E. Ho
United States District Judge

Dated: November 13, 2023
New York, New York

3