# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) SECURITIES LITIGATION | No. 22-cv-9327 (DEH) |

## APPEARANCE OF COUNSEL

To the Clerk of the Court and All Parties of Record:

Kindly enter my appearance as counsel of record for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.) in the consolidated action captioned above. I certify that I am admitted to practice before this Court.

Dated: November 22, 2023

/s/ James A. Hunter

James A. Hunter
   SDNY Bar No. JH-1910
LAW OFFICE OF JAMES A. HUNTER
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA  19428
Phone: +1 (484) 437-5935
Fax:　　+1 (646) 462-3356
Email: hunter@hunterkmiec.com

*Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)*