UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BED BATH & BEYOND INC.
SECTION 16(b) LITIGATION

No. 22-cv-9327 (DEH)

**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT
OF NOMINAL DEFENDANT BED BATH & BEYOND INC.,
n/k/a 20230930-DK-BUTTERFLY-1, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel hereby supplements the Rule 7.1 Disclosure Statement of Nominal Defendant Bed Bath & Beyond Inc., n/k/a 20230930-DK-Butterfly-1, Inc. ("BB&B"), filed on December 8, 2022 [Dkt. 17], by stating that, as of the date hereof: (1) BB&B has no equity interests outstanding and no corporate parent; and, therefore, (2) no publicly held corporation owns 10% or more of BB&B's stock.

Dated: November 22, 2023

/s/ James A. Hunter
James A. Hunter
LAW OFFICE OF JAMES A. HUNTER
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania  19428
Phone: +1 (484) 437-5935
Fax:    +1 (646) 462-3356
Email: hunter@hunterkmiec.com

*Counsel for Nominal Defendant Bed Bath & Beyond Inc., n/k/a 20230930-DK-Butterfly-1, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | No. 22-cv-9327 (DEH) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023 I caused a true copy of the Supplemental Rule 7.1 Disclosure Statement of Nominal Defendant Bed Bath & Beyond Inc., n/k/a 20230930-DK-Butterfly-1, Inc., to be served on each attorney of record by filing the same through the Court's CM/ECF system.

Dated: November 22, 2023

/s/ James A. Hunter
James A. Hunter