UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | Case No. 1:22-cv-09327-DEH |
| This document relates to:<br><br>*Augenbaum v. RC Ventures LLC et al.*,<br>      Case No. 1:22-cv-09327-DEH | |

## DECLARATION OF JEFFREY S. ABRAHAM

I, Jeffrey S. Abraham, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.   I am a partner of Abraham, Fruchter & Twersky, LLP, counsel to Plaintiff Todd Augenbaum.  I submit this declaration in opposition to Defendants' amended omnibus motion to dismiss (ECF No. 64).

2.   Exhibits A through G to Plaintiff's opposition to amended omnibus motion to dismiss are attached to my declaration of March 24, 2023 previously filed with the Court (ECF No. 47).

3.   Attached hereto as Exhibit H is a true and correct copy of a letter Ryan Cohen sent to Bed Bath & Beyond Inc. ("BBBY") that was filed with the U.S. Securities and Exchange Commission (the "SEC") on March 7, 2022.

4.   Attached hereto as Exhibit I is a true and correct excerpt of the Form 10-K annual report that BBBY filed with the SEC on March 7, 2022.

5.   Attached hereto as Exhibit J is a true and correct copy of the Declaration of Todd Augenbaum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2023.

                                                                         /s/      Jeffrey S. Abraham
                                                                           Jeffrey S. Abraham