# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC.<br>SECTION 16(b) LITIGATION | Case No. 1:22-cv-09327-DEH |

This document relates to:

*Augenbaum v. RC Ventures LLC et al.,*
      Case No. 1:22-cv-09327-DEH

## DECLARATION OF TODD AUGENBAUM

I, Todd Augenbaum, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a named Plaintiff in the above-captioned litigation and am submitting this declaration in opposition to Defendants' renewed motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1).

2.      Attached hereto as Exhibit 1 is a true and correct copy of a redacted brokerage statement showing that I beneficially own equity in Sixth Street Specialty Lending, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2023.

Todd Augenbaum

Filed 11/22/23



from Morgan Stanley

## Account Detail

Self-Directed Brokerage Account    **TODD AUGENBAUM**
Redacted

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| SIXTH STREET SPECIALTY LENDING (TSLX) | 5.000 | 19.410 | 100.35 | 97.05 | (3.30) | 9.20 | 9.48 |
| Next Dividend Payable 12/2023; Asset Class: FI & Pref | | | | | | | |

Redacted