UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) LITIGATION | No. 1:22-cv-09327-DEH |

**DECLARATION OF OLIMPIO LEE SQUITIERI IN OPPOSITION TO DEFENDANTS AMENDED OMNIBUS MOTION TO DISMISS THE COMPLAINTS**

I, Olimpio Lee Squitieri, declare pursuant to 28 U.S.C. §1746 as follows:

1. I am counsel for plaintiff Judith Cohen in this class action.

2. I am a member in good standing of the bar of the State of New York and I am admitted to practice before this Court. I am a partner at the law firm of Squitieri & Fearon, LLP. I submit this declaration in opposition to Defendants' Amended Omnibus Motion To Dismiss The Complaints.

3. Attached hereto as Exhibit A is a true and correct copy of an "Account Workbook" statement page of plaintiff Judith Cohen reflecting her ownership of units of "TSLX" "Sixth Street Specialty," the entirety succeeding to Bed Bath & Beyond's interest in this suit.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November, 2023.

By: */s/ Olimpio Lee Squitieri*
Olimpio Lee Squitieri