# EXHIBIT A

# ACCOUNT WORKBOOK

Account Number:

## Open Tax Lots - Full - Net and Detail Rows

Print may not display all columns in grid

Oct 30, 2023 03:31 PM EDT
Page 2 of 3

| Account Type | Quantity Held | Security Name | Symbol | Open Date | Maturity Date | Trade Price | Cost Amount | CUSIP | Unit Cost | Security Type Description | S&P Primary Rating | Moody Primary Rating | Adjusted Cost | Current Price | Unrealized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 On | SIXTH STR SPECIALTY | TSLX | 10/13/2023 | | 20.0250 | 20.03 | 83012A-10-9 | 20.0300 | Common Stock | | | | 19.3415* | -0.69 |

.44

## ACCOUNT WORKBOOK

Account Number:

**Open Tax Lots - Full - Net and Detail Rows**

Oct 30, 2023 03:31 PM EDT

Print may not display all columns in grid

Page 3 of 3

| Account Type | Quantity Held | Security Name | Symbol | Open Date | Maturity Date | Trade Price | Cost Amount | CUSIP | Unit Cost | Security Type Description | S&P Primary Rating | Moody Primary Rating | Adjusted Cost | Current Price | Unrealized |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



**Indicators:**

Y-Covered Tax lot - Cost information for this tax lot is covered by IRS reporting requirements; N-Noncovered Tax Lot - Cost information for this tax lot is not covered by IRS reporting requirements; M-Mixed - Net Row is a mix of Covered and Noncovered tax lot details; W-Open date reflects Wash Sale Date - The cost for this tax lot has been adjusted due to wash sale activity as defined by IRS regulations; Filter - "All Tax Years" represents the current and the previous two tax years; CSI - Cash Standing Instructions indicates the disposition of stock and money on cash accounts; BORD Record indicates there is an account-level restriction for the account; MMF Code - The MMF Code in the report header indicates how money market account balances are treated.

This report is not the official record of your account. However it has been prepared to assist you with your investment planning and is for informational purposes only. Your **Wells Fargo Advisors** Client Statement is the official record of your account. Therefore, if there are any discrepancies between this report and your Client Statement, you should rely on the Client Statement and call your local Branch Manager with any questions. Cost data and acquisition dates provided by you are not verified by **Wells Fargo Advisors**. Certain securities positions included in the report are not held in your account but are shown for informational purposes only and are based on information supplied to us by you. Transactions requiring tax consideration should be reviewed carefully with your accountant or tax advisor. Unless otherwise indicated, market prices/values are the most recent closing prices available at the time of this report, and performance does not guarantee future results.

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

CAR 0123-03763

CONFIDENTIAL
COHEN_000003