**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. SECTION 16(b) SECURITIES LITIGATION | No. 22-cv-9327 (DEH) |

**APPEARANCE OF COUNSEL**

To the Clerk of the Court and All Parties of Record:

Kindly enter my appearance as counsel of record for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.) in the consolidated action captioned above. I certify that I am admitted to practice before this Court.

Dated: November 24, 2023

/s/ Joseph S. Allerhand

Joseph S. Allerhand
   SDNY Bar No. JA-3201
ALLERHAND & ODONER LLP
420 Lexington Avenue
Suite 2818
New York, NY  10170
Phone: +1 (646) 693-0550
Email: joseph@allerhand-odoner.com

*Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)*