UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE BED BATH & BEYOND INC. SECTION 16(b) SECURITIES LITIGATION | No. 22-cv-9327 (DEH) |
|---|---|

**CONSENT ORDER
GRANTING SUBSTITUTION OF COUNSEL**

Subject to this Court's approval, Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.) ("BB&B") hereby gives notice as follows:

1. Victor L. Hou and Jared M. Gerber of Cleary Gottlieb Steen & Hamilton LLP ("Former Counsel") are withdrawn as BB&B's counsel of record. Former Counsel are not presently asserting a retaining or charging lien.

2. James A. Hunter of the Law Office of James A. Hunter and Joseph S. Allerhand of Allerhand & Odoner LLP (collectively, "New Counsel"), each of whom has previously entered his appearance in this action, are substituted in place of Former Counsel as BB&B's counsel of record. Each New Counsel has been admitted to practice before this Court.

3. All pleadings, notices, and other papers in this action may be served on BB&B's New Counsel as follows:

James A. Hunter
LAW OFFICE OF JAMES A.
   HUNTER
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA  19428
Phone: +1 (484) 437-5935
Email: hunter@hunterkmiec.com

Joseph S. Allerhand
ALLERHAND & ODONER LLP
420 Lexington Avenue
Suite 2818
New York, NY  10170
Phone: +1 (646) 693-0550
Email: joseph@allerhand-odoner.com

4. BB&B, by its undersigned Plan Administrator, has authorized the substitution of counsel described herein.

Dated: December 1, 2023

| | |
|---|---|
| /s/ James A. Hunter | /s/ Joseph S. Allerhand |
| James A. Hunter | Joseph S. Allerhand |
| LAW OFFICE OF JAMES A. HUNTER | ALLERHAND & ODONER LLP |
| 200 Barr Harbor Drive, Suite 400 | 420 Lexington Avenue Suite 2818 |
| West Conshohocken, PA 19428 | New York, NY 10170 |
| Phone: +1 (484) 437-5935 | Phone: +1 (646) 693-0550 |
| Email: hunter@hunterkmiec.com | Email: joseph@allerhand-odoner.com |
| *New Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* | *New Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* |
| /s/ Victor L. Hou | /s/ Jared Mitchell Gerber |
| Victor L. Hou | Jared Mitchell Gerber |
| CLEARY GOTTLIEB | CLEARY GOTTLIEB |
| One Liberty Plaza | One Liberty Plaza |
| New York, NY 10006 | New York, NY 10006 |
| Phone: +1 (212) 225-2609 | Phone: +1 (212)-225-2507 |
| Fax: +1 (212) 225-3999 | Fax: +1 (212)-225-3999 |
| Email: vhou@cgsh.com | Email: jgerber@cgsh.com |
| *Former Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* | *Former Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* |

**CONSENT OF BB&B**

BB&B hereby consents to the substitution of counsel described herein.

BED BATH & BEYOND INC., n/k/a
20230930-DK-BUTTERFLY-1, INC.

By: _____
Name: Michael I. Goldberg
Title: Plan Administrator

**S O   O R D E R E D :**

_____
The Honorable Dale E. Ho
United States District Judge

-2-