UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BED BATH & BEYOND INC.
SECTION 16(b) SECURITIES LITIGATION

No. 22-cv-9327 (DEH)

**CONSENT ORDER
GRANTING SUBSTITUTION OF COUNSEL**

Subject to this Court's approval, Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.) ("BB&B") hereby gives notice as follows:

1. Victor L. Hou and Jared M. Gerber of Cleary Gottlieb Steen & Hamilton LLP ("Former Counsel") are withdrawn as BB&B's counsel of record. Former Counsel are not presently asserting a retaining or charging lien.

2. James A. Hunter of the Law Office of James A. Hunter and Joseph S. Allerhand of Allerhand & Odoner LLP (collectively, "New Counsel"), each of whom has previously entered his appearance in this action, are substituted in place of Former Counsel as BB&B's counsel of record. Each New Counsel has been admitted to practice before this Court.

3. All pleadings, notices, and other papers in this action may be served on BB&B's New Counsel as follows:

James A. Hunter
LAW OFFICE OF JAMES A.
  HUNTER
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA  19428
Phone: +1 (484) 437-5935
Email: hunter@hunterkmiec.com

Joseph S. Allerhand
ALLERHAND & ODONER LLP
420 Lexington Avenue
Suite 2818
New York, NY  10170
Phone: +1 (646) 693-0550
Email: joseph@allerhand-odoner.com

4. BB&B, by its undersigned Plan Administrator, has authorized the substitution of counsel described herein.

Dated: December 1, 2023

| | |
|---|---|
| /s/ James A. Hunter<br>James A. Hunter<br>LAW OFFICE OF JAMES A. HUNTER<br>200 Barr Harbor Drive, Suite 400<br>West Conshohocken, PA  19428<br>Phone: +1 (484) 437-5935<br>Email: hunter@hunterkmiec.com<br><br>*New Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* | /s/ Joseph S. Allerhand<br>Joseph S. Allerhand<br>ALLERHAND & ODONER LLP<br>420 Lexington Avenue<br>Suite 2818<br>New York, NY  10170<br>Phone: +1 (646) 693-0550<br>Email: joseph@allerhand-odoner.com<br><br>*New Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* |
| /s/ Victor L. Hou<br>Victor L. Hou<br>CLEARY GOTTLIEB<br>One Liberty Plaza<br>New York, NY  10006<br>Phone: +1 (212) 225-2609<br>Fax:     +1 (212) 225-3999<br>Email:  vhou@cgsh.com<br><br>*Former Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* | /s/ Jared Mitchell Gerber<br>Jared Mitchell Gerber<br>CLEARY GOTTLIEB<br>One Liberty Plaza<br>New York, NY  10006<br>Phone: +1 (212)-225-2507<br>Fax:     +1 (212)-225-3999<br>Email: jgerber@cgsh.com<br><br>*Former Counsel for Nominal Defendant Bed Bath & Beyond Inc. (n/k/a 20230930-DK-Butterfly-1, Inc.)* |

## CONSENT OF BB&B

BB&B hereby consents to the substitution of counsel described herein.

> BED BATH & BEYOND INC., n/k/a
> 20230930-DK-BUTTERFLY-1, INC.
>
> By: _____
>     Name:  Michael I. Goldberg
>     Title:   Plan Administrator

**S O   O R D E R E D :**

_____
The Honorable Dale E. Ho
United States District Judge
New York, New York
Dated: December 4, 2023