# Exhibit E

**SQUITIERI & FEARON, LLP**
Lee Squitieri
305 Broadway, 7th Floor
New York, NY 10007
lee@sfclasslaw.com
212-421-5492

**GARDY & NOTIS, LLP**
James S. Notis
150 East 52nd Street, 11th Floor
New York, NY 10022
jnotis@gardylaw.com
212-905-0509

*Counsel for Plaintiff*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the matter of: | Chapter 11 |
| BED BATH & BEYOND INC., | Case No. 23-13359 |
| Debtors. | Adversary No.: 23-1115 |
| JUDITH COHEN, | |
| Plaintiff, | |
| v. | |
| RYAN COHEN and RC VENTURES, LLC, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. BANKR. P. 7041

Pursuant to Fed. R. Bankr. P. 7041 of the Federal Rules of Bankruptcy Procedure, the

Plaintiff Judith Cohen by her counsel, hereby gives notice that the above-captioned Adversary

Proceeding is voluntarily dismissed, without prejudice against the Defendants Ryan Cohen and

RC Ventures, LLC, none of whom have moved to dismiss, or answered the Adversary

proceeding. No consideration has been given to any party in connection herewith.

Date:   May 3, 2023

**SQUITIERI & FEARON, LLP**


By: s/ *Lee Squitieri*
      Lee Squitieri
305 Broadway, 7th Floor
New York, NY 10007
lee@sfclasslaw.com
212-421-5492

**GARDY & NOTIS, LLP**
James S. Notis
150 East 52nd Street, 11th Floor
New York, NY 10022
jnotis@gardylaw.com
212-905-0509

*Counsel for Plaintiff*