

# James A Hunter
## ATTORNEY AT LAW

Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania 19428

TELEPHONE (484) 437-5935

December 21, 2023

**BY ECF**

The Honorable Dale E. Ho
The United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

> Application GRANTED. Defendant Bed Bath & Beyond shall submit a reply by **January 10, 2024**. SO ORDERED.
>
> The Clerk of Court is respectfully requested to terminate ECF No. 88.
>
> *[signature]*
>
> Dale E. Ho
> United States District Judge
> New York, New York
> Dated: December 22, 2023

Re: *In re Bed Bath & Beyond Section 16(b) Litigation*, No. 22-cv-9327 (DEH) (S.D.N.Y. filed Oct. 31, 2022) **Letter Motion for Extension of Time to File Reply Brief**

Dear Judge Ho:

    I write on behalf of Nominal Defendant Bed Bath & Beyond Inc., n/k/a 20230930-DK-Butterfly-1, Inc. ("BB&B"), to request a two-week extension of BB&B's deadline to file a reply brief in further support of its motion for substitution [Dkt. 82]. In support of the requested extension and pursuant to Rule 2(e)(iii) of Your Honor's individual rules and practices in civil cases, I state:

1. The reply brief is currently due December 27, 2023. We request a two-week extension of this deadline to **January 10, 2024**.

2. No extension of this deadline has previously been requested or denied.

3. The extension is necessary in light of counsel's previously scheduled holiday plans, as well as to ensure client availability during the preparation of the brief.

4. All other parties consent to the request.

5. The parties currently have no scheduled appearances before the Court, and the extension will not affect any other deadline on the Court's calendar.

    My office is available to answer any questions the Court may have and thanks the Court for its consideration.

Respectfully submitted,

/s/ James A. Hunter

Copies by ECF: All Counsel of Record