**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

IN RE BED BATH & BEYOND INC.
SECTION 16(b) LITIGATION                    22 **CIVIL** 9327 (DEH)

# JUDGMENT

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 11, 2024, the Court concludes that Plaintiffs' claims are moot and GRANTS Defendants' motion to dismiss. The Court also denies BBBY's motion for substitution and to stay consideration of the motion to dismiss; accordingly, the case is closed.

**Dated:**  New York, New York

   June 12, 2024

                                                            **RUBY J. KRAJICK**
                                                        _____
                                                            **Clerk of Court**

                                            BY:    _____
                                                            **Deputy Clerk**